unanimously affirmed. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan. JJ.

In the Matter of the Claim of CELIA CANDELA, Respondent, against CEDAR GROVE CEMETERY ASSOCIATION, Alleged Special Employer, and NEW YORK CASUALTY COMPANY, Appellants, and MORRIS ROTH, General Employer, and NEW AMSTERDAM CASUALTY COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board against the appellants. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of MARIE R. BAIER, Respondent, against H. MUNSON BAIER, INC., Respondent, and NEW AMSTERDAM CASUALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board against the appellant. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of GRANT D. LEWIS, Respondent, against SHULTS MOTOR SALES COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of WILLIAM LAWRENCE, Respondent, against THE KOPPERS CONSTRUCTION COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of IDA WEINERMAN, Appellant, against DAVID SHULDINER, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of GEORGE MEIER, Respondent, against GREAT LAKES CONCRETE Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of FRANK MELS, Respondent, against MERCHANTS DESPATCH, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of ROMEO SANTO, Respondent, against SYMINGTON MACHINE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion to amend decision and order granted, and decision and order [See 237 App. Div. 242] amended so as to read " with one bill of costs to be divided by the claimant and the State Industrial Board, and also taxable disbursements incurred by the claimant and the State Industrial Board," with ten dollars costs of motion to the claimant against the appellants. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD HOGAN, Appellant.— Application for leave to present case on typewritten papers denied. Application to extend time for period of sixty days within which to perfect appeal. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ " granted."

SAMUEL D. MATTHEWS, Appellant, v. TRUAX, CARSLEY & COMPANY, LTD., Defendant, and MOUNTAIN GAS COMPANY, INC., Respondent.— Motion to dismiss

appeal denied, without prejudice to renewal of motion after decision is handed down by the Court of Appeals in the same case. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.